IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SARAH CHARLEY,

    Plaintiff,

v.                                        CV 16-92 MCA/WPL

TATE'S AUTO CENTER OF GALLUP, INC.
a New Mexico domestic corporation,
CHRIS ORTIZ, CHRYSLER CAPITAL, LLC,
a foreign limited liability company d/b/a
Chrysler Auto Capital L.L.C.,

    Defendants.

## ORDER

    Federal Rule of Civil Procedure 16(b)(2) requires me to enter a scheduling order within 90 days after any defendant has been served with the complaint or within 60 days after any defendant has appeared, unless I find good cause for delay. In this case, there is a pending dispositive motion that would, if granted, resolve all or substantially all of the case and would significantly narrow the scope of necessary discovery. (Doc. 13.) I held a Status Conference with the parties on August 17, 2016. Under the circumstances, and after discussion with the parties, I find that the pending dispositive motion constitutes good cause to delay entry of a scheduling order. I will enter an Initial Scheduling Order upon resolution of the dispositive motion. The parties may contact my chambers should circumstances change.

    IT IS SO ORDERED.

                                                                     William P. Lynch
                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.